IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,          CR 11-18-H-CCL

    Plaintiff,

-v-          ORDER

ERIC STEPHEN HADNOTT,

    Defendant.

\*\*\*\*\*\*\*

In accordance with the Findings and Recommendations of the United States Magistrate Judge Keith Strong, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), the plea of guilty of the Defendant to Count I of the Indictment is hereby accepted. The Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 15th day of February, 2012.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE